IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

    v.

                          Case No.    2·10MJ340

                          Court Date: August 4, 2010

ISABELLA A. RIVERA

### CRIMINAL INFORMATION

#### COUNT ONE
(Misdemeanor)-Violation No. N0450298

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 8, 2010, at Naval Support Activity Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, ISABELLA A. RIVERA, did knowingly, unlawfully, and willfully engage in disorderly conduct in a public place, thereby causing public inconvenience, annoyance or alarm, or recklessly creating a risk thereof.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-415.)

#### COUNT TWO
(Petty Offense)

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 8, 2010, at Naval Support Activity Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, ISABELLA A. RIVERA, did willfully and knowingly curse and use abusive language towards Master-at-Arms First Class BOBBY BELLEVILLE, a Naval Security Force

Patrol Officer, in the presence or hearing of others and under

circumstances reasonably calculated to provoke a breach of the peace.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-416.)

Respectfully submitted,

Neil H. MacBride
United States Attorney

By:   _____
Jason A. Pfeil
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6391
Fax:(757) 441-3205
Jason.Pfeil@usdoj.gov

2